In the Matter of the Application of WILLIAM C. WHISH, Chairman and Legislative Representative of the New York State Legislative Board, Brotherhood of Locomotive Engineers, et al., Appellants.

PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK, Respondent.

*Railroads — Public Service Commission without authority to direct as to equipment of locomotives employed in interstate commerce.*

*Matter of Whish* v. *Public Service Commission*, 205 App. Div. 756, affirmed.

(Argued May 15, 1925; decided June 9, 1925.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered June 19, 1923, which confirmed a determination of the Public Service Commission of the State of New York refusing to issue an order requiring locomotive engines used within the State to be equipped with vestibuled cabs pursuant to the provisions of section 77 of the Railroad Law, as amended by chapter 649 of the Laws of 1918, upon the ground of lack of jurisdiction, the Commission holding that the law cannot be enforced by reason of the fact that Congress has asserted authority over the equipment of locomotives employed in interstate commerce, thus occupying the field to the exclusion of the State.

*William E. Fitzsimmons* for appellants.

*Russell B. Burnside* and *Charles G. Blakeslee* for respondent.

Order affirmed, with costs, on opinion of HINMAN, J., below. (See, also, act June 7, 1924 [43 Stat. 659], and *C. & O. R. R. Co.* v. *Groeger*, 266 U. S. 521, 530.)

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.